EXHIBIT 1 Compete Results for DrTuber

February 2012 United States

## Unique Visitors

**5,639,975**

-415,032 | -6.85%

3,415,144 | 153.50%

## Rank (by UVs)

**261**

256 | -5

728 | 467

## Competitive Rank (UVs)

Looking for sites similar to drtuber.com on SimilarSite.com ...

## Is this your site?

Sign up for Direct Measurement to get a more complete picture of your website's traffic.

# drtuber.com

Adobe Flash player 8 or higher is required to view graphs on Compete.com

Click here to download and install the latest version of the Flash player.

© Copyright to Compete.com - A Kantar Media Company

Web2PDF
converted by Web2PDFConvert.com

