**NOTE**: The following exhibit has been redacted to remove sexually explicit material that appears in the original. Should the Court require an un-redacted version, one will be provided.

DrTuber.com - Free Porn Videos, Free Sex Tube Movies, Mobile Porn -...	http://whois.domaintools.com/drtuber.com

EXHIBIT 3 WhoIs DrTuber



Open a FREE Account | Log in | Help | 1 Item in Cart

[drtuber.com] [Whois Search] [Search]

Overview | Whois Lookup | Reverse Whois | Whois History | Hosting History | Screenshot History | Name Server Report | Reverse IP | DNS Tools

## Whois Record For DrTuber.com

Acquire this Domain Name

Tweet | Like | 1k

Search Whois Records [drtuber.com] Search

Whois Record | Site Profile | Registration | Server Stats | My Whois

### Whois Record

**Related Domains For Sale or At Auction**  1  2  More >

DrTuberc.com ($500)        TuberDog.com ($1,895)       TuberPlay.com ($500)
TheTubeRoller.com ($980)   BoobTuber.com ($1,195)      TuberRoses.com ($1,249)

Reverse Whois: **"Igor Kovalchuk"** owns about **23 other domains**
Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over 3 years.
IP History: **6 changes** on 6 unique IP addresses over 3 years.
Whois History: **428 records** have been archived since **2009-08-08**.
Reverse IP: **2 other sites** hosted on this server.

Log In or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... **right from your own desktop!** **Download Now>**

```
Domain Name: DRTUBER.COM
Registrar: MONIKER

Registrant [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com
        ERA TECHNOLOGIES LTD
        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG

Administrative Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com
        ERA TECHNOLOGIES LTD
        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Billing Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com
        ERA TECHNOLOGIES LTD
        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
        VG
        Phone: +7.9214153469

Technical Contact [3599639]:
        Igor Kovalchuk   atomicducat@gmail.com
        ERA TECHNOLOGIES LTD
        RG Hodge Plaza Wickhams Cay Road Town
        Tortola
        na
        000
```



Last checked November 30, 2011

Queue Screenshot for Update

**You the smart one?** Let us show you the job you dream of

Country TLDs | General TLDs

Available domains for registration:

| DrTuber.at | Register |
| DrTuber.ch | Register |
| DrTuber.dk | Register |
| DrTuber.eu | Register |
| DrTuber.in | Register |
| DrTuber.jp | Register |
| DrTuber.mx | Register |
| DrTuber.tw | Register |

Register All Selected >

Case 0:12-cv-60931-RNS   Document 1-3   Entered on FLSD Docket 05/16/2012   Page 3 of 3

EXHIBIT 3 WhoIs DrTuber

```
        VG
        Phone: +7.9214153469

Domain servers in listed order:

        NS1.DRTUBER.COM          88.85.73.140
        NS2.DRTUBER.COM          78.140.187.204
        NS3.DRTUBER.COM          78.140.143.48

        Record created on:       2011-06-02 02:24:44.413
        Database last updated on: 2012-02-21 07:14:12.197
        Domain Expires on:       2014-08-06 06:35:22.0
```

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© **2012 DomainTools, LLC** All rights reserved.

