EXHIBIT 5 DrTuber Premium Pages



Login | Sign Up

VIDEOS | CATEGORIES | LIVE SEX | SEX DATE | PHOTOS | PORNSTARS | COMMUNITY

**Copyright Infringement Notification**

To file a copyright infringement notification with us, you will need to send a written communication to us with all of the following information in it, using this format:

1. Include a statement telling us that you have found a video on our site which you believe infringes your copyright (for example, "I hereby confirm that I believe the video identified below infringes my copyright").
2. Tell us which country your copyright applies to.
3. Tell us the title of the video concerned and the full URL for its playback page.
4. Explain to us how the video infringes your copyright (e.g. the sound is copied, the entire video is a copy of an original work made by you, etc.)
5. Identify the type (e.g. a film, a piece of music, etc.). and details of (e.g. title, publisher, dates, etc.) the copyright work which you own the rights in, and which you believe has been infringed. If this information is available on the internet, it is helpful to send us a link.
6. Let us have contact information so that we can get in touch with you (email address is preferred).
7. Let us have the contact information which we can pass on to the submitter of the video concerned, so that they can get in touch with you to resolve your complaint directly (email address is preferred).
8. Include the following statement: "I have a good faith belief that use of the copyrighted work described above is not authorized by the copyright owner (or by a third party who is legally entitled to do so on behalf of the copyright owner) and is not otherwise permitted by law."
9. I swear that the information contained in this notification is accurate and that I am the copyright owner or have an exclusive right in law to bring infringement proceedings with respect to its use.
10. Sign the notice. If you are providing notice by e-mail, a scanned physical signature or a valid electronic signature will be accepted.

To expedite our ability to process your request, such written notice should be sent to our designated agent via our online copyright complaint form.

FAQ | Terms and Conditions | Privacy Policy | DMCA | 2257 | Advertise

Copyright © 2009-2012, All Rights Reserved


converted by Web2PDFConvert.com

Login | Sign Up

**VIDEOS** | **CATEGORIES** | **LIVE SEX** | **SEX DATE** | **PHOTOS** | **PORNSTARS** | **COMMUNITY**

## Our Commitment To Privacy

Your privacy is important to us. To better protect your privacy we provide this notice explaining our online information practices and the choices you can make about the way your information is collected and used. To make this notice easy to find, we make it available on our homepage and at every point where personally identifiable information may be requested. This notice applies to all information collected or submitted on this site and other sites part or our network. As noted below, please be aware that we may change our Privacy Policy in the future and it is your obligation to review this Privacy Policy from time to time and the effective date listed with it.

**Adults Only Service**
This is an adult site that expressly and strictly limits its membership to adults. This site does not knowingly seek or collect any personal information or data from persons under the age of 18. All persons under the age of 18 are strictly prohibited from accessing or viewing the contents on this site without exception. If you are under the age of 18 and/or under the age of majority in the jurisdiction you reside and from which you access the website, then your account will be terminated without notice or delay.

**Information We Collect From You**
Any customer that joins/signs up as a subscriber of the site will be required to provide personal information as well as demographic information which may include the subscriber's name, physical address, e-mail address, zip code, country, username, and password. The site collects any and all such information and includes it in its customer database. In addition, other information such as IP address(es), referring website information, browser information, and other related data may be collected.

**Use of Personal Information**
We may use "cookies" and Demographic Information to better your experience on the Site by allowing us to tailor your experience on the Sites according to your preferences and what we think may appeal to you based on such Demographic Information. Aggregate, non-individual membership Demographic Information may be shared with third parties with whom we have a direct or indirect relationship who may offer products or services we believe you may be interested in. The site may also automatically collect traffic and click-through data as well as information regarding the online behaviour of subscribers by the use of "cookies" or other programming means - any information about subscribers collected by the site through the use of cookies or other programming means will generally not be associable to the specific user in any way. We may also share the aggregate Demographic Information with third parties for the purposes of analyzing usage data, maintaining servers and other purposes relating to maintaining and improving our service and the Sites.

If the site features or conducts any special events, special promotions or offers, contests or polls, a subscriber of the site may be asked to provide information in order to participate, if the subscriber voluntarily provides that information, all such information may be collected by the site and included in its customer database.

If a subscriber sends any personal communication or correspondence by any means, to the site, or any of its employees, agents or representatives, the site may collect the information regarding that communication and include that information in its customer database.

Financial Data will only be shared with third party processors as necessary to initiate and complete any orders placed by your account.

**Disclosures of Information**
Your name, physical address, phone number and password are considered confidential. However, all information you provide to us may be shared with other third parties as necessary to comply with applicable law, to cooperate with law enforcement and the court system.

**Financial Information**
All financial data will only be shared with the site's third party processors in order to initiate and complete any orders placed on your account. All credit card transactions and such are processed with industry standard encryption through third party processors. Said processors only use your information for that purpose. All financial data and information shall be considered private information and will not be shared by the site with third parties except with your authorization or when necessary to carry out all and any transactions requested by the user with the understanding that such transactions may be subject to rules, terms, conditions and policies of a third party. All such information provided to a third party and all transactions are not governed by this Privacy Policy. All such information provided to a third party is subject to their terms and conditions.

Subscriber's e-mail address may be used by the site to communicate special offers and other relevant information such as new services, subscription information, etc. In addition, there may be occasions when a subscriber will be presented with special offers either from the operators of the site or from third-party service or content providers, which may include consent to receive e-mail solicitations, communications, newsletters, commercial advertising, or other promotional or special event materials.

**Security of Information**
We has adopted and implemented reasonable and technologically feasible procedures for maintaining the security, accuracy and integrity of all personal information relating to subscribers that is collected by the site.

While we uses commercially reasonable physical, managerial and technical safeguards to preserve the integrity and security of your personal information, the transmission of information via the Internet is not completely secure. All subscribers should consider any information provided to or collected by the site as non-confidential, and consequently the site assumes no liability or responsibility if any information relating to any subscriber is intercepted and/or used by an unintended recipient.

**Advertisements**
We utilize the services of outside advertising agencies to advertise our services and goods and/or services offered by third parties. Either we or our advertising agencies may use cookies and/or "action tags" to measure advertising effectiveness on an "anonymous basis". Some emails from us may contain advertisements from companies unrelated to the Sites. Should you elect to visit any such advertiser's website, we cannot, and do not, make any representations about applicable terms and conditions or privacy policies for such advertisers' websites. If you choose to make any purchases on such sites or accept any offers from such companies, we may provide your information, including Financial Data, to the advertiser as necessary to your request. Finally, we cannot, and do not, make any representations about the privacy policies or terms and conditions of advertisements appearing anywhere on our service, whether through our website or emails, this is regardless of whether or not there may be any mentions of or references to any or all of the Sites on such advertisers' website(s).

**"Opt-In" & "Opt-Out" Offers**
"Opt-In" offers may be presented to the subscriber with the option to express the subscriber's preference by either clicking or entering "accept" (alternatively "yes") or "decline" (alternatively "no"). By selecting or clicking the "accept" or "yes", the subscriber indicates that the subscriber "Opts-In" to that offer and thereby agrees and assents that the subscriber's personal information and data may be disclosed to third-parties.

"Opt-Out" offers may be presented with a pre-selected preference or choice. If the subscriber does not deselect the pre-selected preference of choice (i.e. "Opt-Out" of the offer) then the site may transfer the subscriber's personal profile information to the third-party service or content provider making the offer. If the

converted by Web2PDFConvert.com

subscriber deselects the pre-selected preference then no personal information about the subscriber may be disclosed to any third-party service or content provider.

**Disclaimer**

By the subscriber's use of the site, the subscriber expressly agrees that the site may use any personal information that has been provided by the subscriber or that has been collected by the site about the subscriber for any purpose, including without limitation, technical, administrative, research and development, customer administration, marketing, trading of personal data, age verification, promotional and advertising use by the site or third parties authorized to use the information by the site.

By the subscriber's use of the site, the subscriber expressly agrees that the site may, in its sole discretion share, disclose, transfer, rent, license or sell any of the personal information about subscribers that it has gathered or collected with affiliated or unaffiliated third parties.

All personal information about a subscriber may be collected by a third-party web service provider that has an advertising banner or link on the site.

The site is not responsible or liable for the use of any information that a subscriber may provide, or that is gathered by third-party websites that have banner ads or links on the site. The site shall not be responsible for the privacy policy or the content of other such websites. This site does not control, monitor or endorse the information gathering practices or privacy policies of any of those third-party websites.

Whenever applicable, each subscriber should seek to read the privacy policy of any third-party website provider that has an advertising banner, advertises or has a link on the site.

All information collected may be shared when necessary to comply with applicable law and /or to cooperate with law enforcement agencies and the courts/tribunals.

A subscriber's IP address may be used to diagnose problems with the server and all other technical issues and to administer the websites.

**Changes and Modification to the Privacy Policy**

We may change this privacy policy at any time. You agree that we are under no duty to send you notice of such changes. Instead it is your responsibility to check this Privacy Policy from time to time. No change in the privacy policy will be effective until thirty (30) days after it is posted, unless the privacy policy has clear language indicating otherwise

**Changes in the Ownership of the Sites**

We are a growing online service. As such, we may have the occasion to buy or sell assets, including but not limited to merger, dissolution, and transfer of ownership. Depending upon the nature of the transaction, we may share any and all data provided by you to us (including Financial Data and Account Information) with third parties, as necessary to initiate, investigate or complete any such transaction(s).

**Terms and Conditions of the Sites**

Each subscriber should carefully read each of the terms and conditions of the site. By accepting membership to this site, you are unconditionally accepting all of those terms and conditions. Some of those terms and conditions may also affect the right of this site to use information that it has gathered from subscribers.

FAQ | Terms and Conditions | Privacy Policy | DMCA | 2257 | Advertise

Copyright © 2009-2012, All Rights Reserved


converted by Web2PDFConvert.com

EXHIBIT-5 DrTuber Premium Pages



Login | Sign Up

VIDEOS | CATEGORIES | LIVE SEX | SEX DATE | PHOTOS | PORNSTARS | COMMUNITY

## Terms & Conditions

You must read and agree to these Terms and Conditions before you can join. Please read them carefully. By purchasing a Membership to the site, you become a Subscriber and agree to be bound by these Terms and Conditions (the "Agreement"). This agreement is subject to change by Interworld Services B.V (hereinafter "Interworld") at any time, and changes are effective without notice upon each Subscriber.

**DEFINITIONS**
The term "site", as referred to in these Terms and Conditions shall mean the Internet site for which you are purchasing a user name and password (login) from Interworld in order to access that site and enjoy its contents and benefits of Membership. The term "Member" or "Membership", as referred to in the Terms and Conditions shall mean -The holder (Subscriber) of a valid user name and password (login) for the site during the term of Membership. The term "Subscriber", as referred to in the Terms and Conditions shall mean - The End-user, Consumer, of the services of the site and holder of a valid user name and password (login) for the site. The term "Login", as referred to in the Terms and Conditions shall mean - The combination of unique user name and password that is sold by Interworld and used to access the site. A Login is a license to use the site for a period of time. The term "Bookmarking", as referred to in the Terms and Conditions shall mean - The act of placing a Web page (URL) into a temporary file on the Subscribers browser so that the Subscriber may return to that page at a future date directly, without passing through any preceding pages.

**IMPORTANT NOTICE**

**NON-CANADIAN SUBSCRIPTIONS**
It's not possible to use your membership on the territory of Canada if you didn't purchase this Membership in Canada . If we detect that a Membership was purchased by a person not located in Canada , but that Membership is being used in Canada , we will automatically block your access and we will void the Membership, because of a breach of this Agreement.

**CANADIAN SUBSCRIPTIONS**

1. NON-QUEBEC SUBSCRIPTIONS

It's not possible to use of your Membership on the territory of Quebec if you didn't purchase this Membership in Quebec . If we detect that a Membership was purchased by a person not located in Quebec , but that Membership is being used in Quebec ,we will automatically block your access and we will void the Membership, because of a breach of this Agreement. GST/HST is included in the price if applicable.

2. QUEBEC SUBSCRIPTIONS

There is no territory restriction for Membership purchased in Quebec. GST/HST and QST are included in the price if applicable.

**BILLING DESCRIPTION**
All charges will discreetly appear as DRTUBERSupport.com, DRTUBERbilling.com , EPOCH or CCBILL on your credit card statement depending on the processor.

**ELECTRONIC RECEIPT**
Subscribers will be given, via email, electronic receipts and/or access to billing records that support charges for use of the site.

**SUBSCRIPTION FEES**
The Subscriber is responsible for paying periodic subscription fees according to the then-current terms of the site.

**AUTOMATIC RENEWAL**
Subscription fees for regular Memberships are automatically renewed at the end of the original term selected, for a like period of time, unless notice is submitted by the Subscriber to Interworld or the site two (2) days prior to the end of the term. Unless and until this agreement is cancelled in accordance with the terms hereof, Subscriber hereby authorizes Interworld to charge Subscriber's credit card (or other approved facility) to pay for the ongoing cost of Membership. Subscriber hereby further authorizes Interworld to charge Subscriber's credit card (or other approved facility) for any and all purchases of products, services and entertainment provided by the site.

**NON-ASSIGNABILITY/THEFT OF LOGIN**
Your Membership, user name and password (login) may not be assigned or transferred to any other person or entity. Subscriber must promptly inform Interworld or the site of any apparent breach of security, such as loss, theft, or unauthorized disclosure or use of a user name or password. Until Interworld or the site is notified, by e-mail, or by telephone of any breach in security, the Subscriber will remain liable for any unauthorized use of the Service.

**MEMBERSHIP TO NEWSLETTER**
By subscribing to this site, you will be automatically added to the site newsletter, to help us keep you inform of the content update and configuration changes that could occur.

**TERMINATION/CANCELLATION**
Subscription to the Service may be terminated at any time, and without cause, by Interworld, the site or the Subscriber upon notification of the other party by electronic or conventional mail, or by telephone or fax. Subscribers are liable for charges incurred by them until termination of service.

**REFUNDS**
In the event that a refund is issued, ALL refunds will be made by crediting the credit card that was used to make the original purchase.

**FRAUD & CHARGEBACK RIGHTS**
You hereby agree that all fraud and misuse of your card will be promptly reported to Interworld. You also agree that any disputes with billing, delivery, or service quality will be addressed and investigated through Interworld. Any charges disputed with your issuing bank or financial institution without first contacting Interworld for resolution may be construed as an attempt to defraud Interworld. Liquidated damages up to $500 may be assessed by Interworld, in its discretion, against any individual who fraudulently obtains a membership or whose transaction later results in a chargeback to the account. Member agrees that the liquidated damage amount above is reasonable, does not constitute a penalty, and is being established due to the difficulties and inconvenience associated with attempting to establish the exact amount of loss which may be sustained by Interworld due to excessive chargebacks to the account. Said individual shall indemnify and hold Interworld harmless from any and all claims, fines or other damages imposed by any credit card company or other entity due to excessive chargebacks which are the cumulative result of said individuals fraudulent actions.

**LICENSE**
All content contained inside the site is protected under the laws of copyright, owned or under license to

converted by Web2PDFConvert.com

Interworld and represents proprietary and valuable intellectual property. Memberships to the site are provided for personal, non- commercial use by customers of the site. As customers, visitors to the site hereby granted a single copy license to download or print copies of any of the information found on the site for personal, non-commercial use only. Commercial use of the site, or any material located on it, is strictly prohibited. In addition, you may not modify any of the materials found on the site; use them for any public display, performance, sale or rental; remove, modify or alter any copyright or other proprietary notice, or trademarks there from; or transfer any material located on the site to any other person. Interworld and the site reserve the right to terminate this license at any time if you breach the terms of this agreement, in which case you will be obligated to immediately destroy any information downloaded, printed or otherwise copied from the site. Access to and use of the site is through a combination of a user name and a password (login). Each Subscriber must keep his or her login strictly confidential. For security reasons, Interworld. will not release passwords for any reason, to anyone other than the Subscriber, except as may be specifically required by law or court order. Unauthorized access to the site is a breach of this Agreement and a violation of law.

**BOOKMARKING**
Bookmarking to a page on the site whereby the Warning page(s) and/or Terms and Conditions are by-passed shall constitute an implicit acceptance of the Terms and Conditions herein and an explicit acknowledgement of age of majority.

**DISCLAIMERS**
The materials on the site are provided "as is" without any express or implied warranty of any kind including warranties of merchantability, noninfringement of intellectual property or fitness for a particular purpose. Interworld offers no assurance of uninterrupted or error free service. Interworld does not warrant the accuracy or completeness of the information, text, graphics, links or other items contained on the site.

Any of the information offered on the site may change at any time without notice.

Interworld makes no representation as to any of the information found at the site. in no event shall Interworld be liable for any damages whatsoever (including, without limitation, damages for loss of profits, business interruption, loss of information) arising out of the use or inability to use the material or information available on the site, even if Interworld has been advised of such damages.

Subscribers are responsible for providing all personal computer and communications equipment necessary to gain access to the site.

All materials on the site are copyrighted and are protected under treaty provisions and worldwide copyright laws. The site's materials may not be reproduced, copied, edited, published, transmitted or uploaded in any way without written permission. Except as expressly stated in the limited license provision of these Terms and Conditions, purchase of a Membership does not grant any express or implied right to you under any of its trademarks, copyrights or other proprietary information.

If the site enables Subscribers to share information with other Subscribers, Subscribers agree not to submit, publish, or display on the Service any defamatory, inaccurate, abusive, threatening, racially offensive, or illegal material. Transmission of such material that violates any federal, state, or local law, is prohibited and is a breach of this Agreement. Subscribers agree not to engage in advertising to, or solicitation of other Subscribers to buy or sell any products or services through the site without prior written consent. Subscribers are responsible for information they send, or display through the site even if a claim should arise after termination of service. All messages shall be deemed to be readily accessible to the general public. Do not use the site for any communication for which the sender intends only the sender and the intended recipient(s) to read. Notice is hereby given that all messages entered into this site can and may be read by the operators of the site, whether or not they are the intended recipient(s).

The Subscriber hereby warrants and represents that he or she is over the age of 18(21 in AL, MS, NE, and WY), and in all respects is qualified and competent to enter into this agreement.

**AGREEMENT TO VIEW ADULT MATERIAL**
The site is designed and intended SOLELY for ADULTS - people who are at least 18 years old (21 in AL, MS, NE, and WY)-- who are interested in and wish to have access to visual images, verbal descriptions and audio sounds of a sexually oriented, frankly erotic nature. The materials which are available within this site may include graphic visual depictions and descriptions of nudity and sexual activity and should NOT be accessed by anyone who is younger than 18 years old (21 in AL, MS, NE, and WY) or who does not wish to be exposed to such materials. By purchasing a Membership you are making the following statements:

"Under penalty of perjury, I swear/affirm that as of this moment, I am an adult, at least 18 years of age (21 in AL, MS, NE, and WY)." "I promise that I will not permit any person(s) under 18 years of age (21 in AL, MS, NE, and WY) to have access to any of the materials contained within this site." "I understand that when I gain access to this site, I will be exposed to visual images, verbal descriptions and audio sounds of a sexually oriented, frankly erotic nature, which may include graphic visual depictions and descriptions of nudity and sexual activity. I am voluntarily choosing to do so, because I want to view, read and/or hear the various materials which are available, for my own personal enjoyment, information and/or education. My choice is a manifestation of my interest in sexual matters, which is both healthy and normal and, which, in my experience, is generally shared by average adults in my community. I am familiar with the standards in my community regarding the acceptance of such sexually oriented materials, and the materials I expect to encounter are within those standards. In my judgment, the average adult in my community accepts the consumption of such materials by willing adults in circumstances such as this which offer reasonable insulation from the materials for minors and unwilling adults, and will not find such materials to appeal to a prurient interest or to be patently offensive."

**ADDITIONAL TERMS AND CONDITIONS**
In addition to these Terms and Conditions, the site may have additional Terms and Conditions that are an integral part of this Agreement. All Terms and Conditions apply to Interworld, the site, and you. I agree to the Terms and Conditions specified by the site linked to this page.

Subscriber agrees to only use his Membership in the country where he made the purchase. Specifically, Subscribers who are non-resident of Canada agrees to never use their Membership in Canada. If a subscriber wishes to use his membership in Canada and he his a not a resident of Canada, he has to contact Interworld beforehand.

Download Limit: Each subscriber may download unlimited number of movies each day within reason. It's in our discretion to cancel subscribers account without refund in the event of an abusal activity.

**LIMITED TRIAL**
Subscribers who opt for a limited trial subscription are entitled to a limited access to the members section of the site for a period of 2 days. Limitations may include but are not limited to; access to some movie parts and sections of the site.

**SEVERABILITY**
If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid or enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**NOTICES**
Notices by the site to Subscribers may be given by means of electronic messages through the site or by Interworld, by a general posting on the site, or by conventional mail. Notices by Subscribers may be given by electronic messages, conventional mail, telephone or fax unless otherwise specified in the Agreement. All questions, complaints, or notices regarding the site must be directed to Interworld, here or to the site.

**OPT-IN AND USER COMMUNICATION**
By accepting membership to this site, the subscriber expressly and specifically acknowledges and agrees that it may receive from time to time, email communications from this site, or its affiliated partner sites promoting or advertising other adult-oriented websites. These communications shall be deemed to be opt-in


converted by Web2PDFConvert.com

email communications by virtue of the subscriber joining this site.

**LEGAL**
Interworld Services B.V abides by Dutch laws and Regulations.

**CONTACT INFORMATION**
E-mail us at webmaster@braincash.com and one of our Customer Support people will be happy to reply to your request. A response will be forwarded to your E-mail address within a reasonable delay.

Interworld Services B.V
DOKWEG 33
IJmuiden
NL
1976CA
NL

World Services Incorporated
P.O. Box 1823, Bay Road
Basseterre, St. Kitts

FAQ | Terms and Conditions | Privacy Policy | DMCA | 2257 | Advertise

Copyright © 2009-2012, All Rights Reserved

converted by Web2PDFConvert.com