# DrTuber

Username    Password    Login

**HOME**
partnership program

**FEATURES**
what we suggest

**SIGNUP**
earn money with us

**FAQ**
frequently asked questions

**CONTACT US**
ask all your questions

# Privacy Policy

## Updated as of October 17, 2011

Pursuant to our Terms of Use, this document describes how we treat personal information related to your use of DrTuber.com (the "Website"), including information you provide when using it.

We expressly and strictly limit use of the Website to adults over 18 years of age or the age of majority in the individual's jurisdiction, whichever is greater. Anyone under this age is strictly forbidden from using the Website. We do not knowingly seek or collect any personal information or data from persons who have not attained this age.

**Data Collected**

*Browsing the Website.* You can watch videos and access other parts of the Website without having an account, in which case only your IP address, country of origin and other non-personal information about your computer or device (such as web requests, browser type, browser language, referring URL, operating system and date and time of requests) will be recorded for log file information, aggregated traffic information and in the event that there is any misappropriation of information and/or content.

*Registering on the Website.* Registration of an account is required for uploading videos and accessing other features on the Website. We require the following personal information at the time of registration: your username and password (which you generate), e-mail address, age confirmation and gender. Your IP address is recorded automatically. Your username and gender will become publicly accessible on the Website.

*Usage Information.* We may record information about your usage of the Website such as your subscriptions, which users you communicate with, the videos you watch, the frequency and size of data transfers and other statistics. If you have registered and are logged in, we may associate that information with your account.

*Uploaded Content.* Any personal information or content you voluntarily disclose online, including videos, comments and your profile page, becomes publicly available and may be collected and used by others.

*Correspondences.* We may keep a record of any correspondence between you and us.

*Cookies.* When you use the Website, we may send cookies to your computer to uniquely identify your browser session. We may use both session cookies and persistent cookies.

Web2PDF
converted by Web2PDFConvert.com

## Data Usage

We may use your information to provide you with certain features and to create a personalized experience on the Website. We may also use that information to operate, maintain and improve features and functionality of the Website.

We will not use your e-mail address or other personal information to send commercial or marketing messages without your consent. We may use your e-mail without further consent for non-marketing or administrative purposes.

We use cookies, web beacons and other information to store information so that you will not have to re-enter it on future visits, provide personalized content and information, monitor the effectiveness of the Website and monitor aggregate metrics such as the number of visitors and page views (including for use in monitoring visitors from affiliates). They may also be used to provide targeted advertising based on your country of origin and other personal information.

We may aggregate your personal information with personal information of other members and users, and disclose such information to advertisers and other third-parties for marketing and promotional purposes.

Your username may be displayed to other users alongside content you upload, including videos, comments and messages.

Any videos that you submit may be redistributed through the internet and other media channels and may be viewed by the general public.

## Disclosures of Information

We may be required to release certain data to comply with legal obligations or in order to enforce our Terms of Use and other agreements. We may also release certain data to protect the rights, property or safety of us, our users and others. This includes providing information to other companies or organizations like the police or governmental authorities for the purposes of protection against or prosecution of any illegal activity, whether or not it is identified in the Terms of Use.

If you upload any illegal material to the Website, we may forward all available information to relevant authorities, including respective copyright owners, without any notice to you.

## Miscellaneous

If you have an account on the Website and have a password giving you access to certain parts of the Website, you are responsible for keeping the password confidential. Anyone else with your password may access your account and other personal information.

While we use commercially reasonable physical, managerial and technical safeguards to secure your information, the transmission of information via the internet is not completely secure and we cannot ensure or warrant the security of any information or content you transmit to us. Any information or content you transmit to us is done at your own risk.

You are entitled to access, correct or delete your information on the Website and may request us to do so by contacting us at copyright@drtuber.com



EXHIBIT 8 DrTuber Webmaster Program Pages

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Terms and Conditions · Privacy Policy · DMCA · 2257 ·

Free Parental
Control Software

**Web2PDF**
converted by Web2PDFConvert.com

# DrTuber

Username     Password     Login

**HOME**
partnership program

**FEATURES**
what we suggest

**SIGNUP**
earn money with us

**FAQ**
frequently asked questions

**CONTACT US**
ask all your questions

# AFFILIATE TERMS AND CONDITIONS

This Affiliate Terms and Conditions Agreement (the "Agreement") is entered into by and you (hereinafter referred to as the "Affiliate" and/or "Webmaster") and ERA TECHNOLOGIES LTD., doing business as "DrTuber.com." (hereinafter referred to as "DrTuber.com" and/or "DrTuber").

By clicking on 'I accept' and 'create account', the affiliate is entering into this legal agreement with DrTuber.com and affirmatively stating that same has read, understands and accepts the agreement and as such agrees to be bound by the terms and conditions set forth herein. Affiliate cannot become a member of the DrTuber Affiliate Program unless accepting each and every term and condition herein.

1) In order to enroll and participate as a webmaster in the DrTuber Affiliate Program, the affiliate must be over eighteen (18) years of age and/or over the age of majority if residing and/or conducting business in states, provinces or countries where the age of majority is greater than eighteen (18) years of age. The affiliate may not participate in the DrTuber affiliate program in any manner if not of the age of majority in the state, province or country where residing and/or conducting business. If affiliate is a corporation or any other legal entity, its shareholders, partners and directors must be over eighteen (18) years of age and/or over the age of majority if residing and/or conducting business in states, provinces or countries where the age of majority is greater than eighteen (18) years of age. If at any time, DrTuber.com discovers that an affiliate is under 18 years of age and/or under the age of majority, the affiliate's account shall be cancelled and all monies due will be forfeited as partial damages for violation(s) of the terms and services of the Agreement.

2) The affiliate must be the owner of the website or the individual vested with the authority to enter into contracts on behalf of the entity that owns the rights to the affiliate website.

4) All payments are made in U.S. dollars ("USD").

5) We reserve the right to deny service to any individual or URL at our discretion.

6) We reserve the right to obtain, verify and record information that identifies each Account Holder. This means that we may request additional documentation to confirm Account Holder details, including Account Holder name, address, date of birth and other information that will allow us to confirm Account Holder identity.

Web2PDF
converted by Web2PDFConvert.com

7) DrTuber does not limit or restrict your participation in other affiliate programs.

8) Any kind of spam and unsolicited advertising is strictly forbidden, spamming DrTuber.com URLs, email/ICQ/social site spam etc.

Violating any of the rules and terms listed above may and will result in your account being blocked. When such a situation occurs, DrTuber reserves the right to forfeit all the funds in your account and cancel all pending payouts.

The present Agreement shall come into force as soon as DrTuber approves the Affiliate application to join the program. The Agreement can be terminated by either party at any time, with or without cause, by giving the other party a notice of termination. Immediately after receiving such notice from DrTuber, the Affiliate shall remove and destroy any and all materials used in connection with his/her cooperation with DrTuber. The Affiliate is also required tol immediately remove any and all First DrTuber marks, links and references from any and all sites under his/her control.

### Liability/Force Majeure

DrTuber shall not be held liable for any circumstances arising out of force majeure situations, acts of God, network disruptions, or other circumstances of uncontrollable nature.

DrTuber shall not be held liable to the Affiliate for inaccessibility to any of its services or possible downtime due to, but not limited to:
1) server failures;
2) ISP/network failures;
3) hardware downtime;
4) network maintenance, including routine and emergency;
5) any other technical difficulties which may occur in the present technological situation and may result in loss or incorrect processing of sales and traffic activity.

DrTuber may, though not on an obligatory basis, provide the Affiliate with assistance regarding such circumstances.

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Terms and Conditions · Privacy Policy · DMCA · 2257 ·

Free Parental
Control Software


Web2PDF
converted by Web2PDFConvert.com



**DrTuber**

Username | Password | Login

HOME
partnership program

FEATURES
what we suggest

SIGNUP
earn money with us

FAQ
frequently asked questions

CONTACT US
ask all your questions

# Contact us

ICQ: 149728164, 604671867

E-mail: support@drtuber.com

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Terms and Conditions · Privacy Policy · DMCA · 2257 ·

Free Parental Control Software

Web2PDF
converted by Web2PDFConvert.com

# DrTuber

Username | Password | **Login**

**HOME**
partnership program

**FEATURES**
what we suggest

**SIGNUP**
earn money with us

**FAQ**
frequently asked questions

**CONTACT US**
ask all your questions

# DMCA NOTIFICATIONS

Pursuant to Title 17, Section 512(c)(2) of the United States Code, if you believe that any of your copyrighted material is being infringed on the Website, we have designated an agent to receive notifications of claimed copyright infringement.

Notifications should be e-mailed to copyright@drtuber.com or to:

Constantin Luchian
DMCA Agent
1451 W Cyprus Creek Rd.
Suite 300
Fort Lauderdale, FL 33309
Fax: +1 (954) 414-0865

All notifications not relevant to us or ineffective under the law will receive no response or action thereupon. Pursuant to Title 17, Section 512(c)(3) of the United States Code, an effective notification of claimed infringement must be a written communication to our agent that includes substantially the following:

(a) Identification of the copyrighted work that is believed to be infringed. Please describe the work and, where possible, include a copy or the location (e.g., a URL) of an authorized version of the work;
(b) Identification of the material that is believed to be infringing and its location. Please describe the material and provide a URL or any other pertinent information that will allow us to locate the material on the Website;
(c) Information that will allow us to contact you, including your address, telephone number and, if available, your e-mail address;
(d) A statement that you have a good faith belief that the use of the material complained of is not authorized by you, your agent or the law;
(e) A statement that the information in the notification is accurate and that under penalty of perjury that you are the owner or are authorized to act on behalf of the owner of the work that is allegedly infringed; and
(f) A physical or electronic signature from the copyright holder or an authorized representative.

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

Web2PDF
converted by Web2PDFConvert.com

Web2PDF
converted by Web2PDFConvert.com



Username
Password
Login

HOME
partnership program

FEATURES
what we suggest

SIGNUP
earn money with us

FAQ
frequently asked questions

CONTACT US
ask all your questions

# FAQ

Q: How often will I get paid?
A: We send payouts twice a month, on the 1st and 15th. If those days happen to fall in a weekend, we pay on the nearest working day which is usually Monday.

Q: Is there a minimum amount to reach in order to receive a payout?
A: The minimum payout is set at $100 but you can always raise it in your payment details. If you didn't reach your minimum payout, your earnings will be carried over to the next period until the minimum payout is reached.

Q: What countries do you buy traffic from?
A: Good Countries up to 1,75$ per 1K:

AU Australia
AT Austria
BE Belgium
CA Canada
DK Denmark
FI Finland
FR France
DE Germany
GR Greece
IS Iceland
IE Ireland
IT Italy
JP Japan
LU Luxembourg
NL Netherlands
NZ New Zealand
NO Norway
SG Singapore
ES Spain
SE Sweden
CH Switzerland
US USA
GB United Kingdom

The other countries 0,25$ per 1K

Web2PDF
converted by Web2PDFConvert.com

Q: How can I contact you?
ICQ: 149728164
Email: support@drtuber.com

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Terms and Conditions · Privacy Policy · DMCA · 2257 ·

Free Parental
Control Software

Web2PDF
converted by Web2PDFConvert.com



EXHIBIT 8 DrTuber Webmaster Program Pages

# Features

✔ We pay up to $1,75 per 1000 unique visitors.

✔ Detailed statistics.

✔ We send payouts twice a month.

✔ Easy promo tools.

✔ 5% referral program.

We send payouts twice a month, on the 1st and 15th. If those days happen to fall in a weekend, we pay on the nearest working day which is usually Monday.

The minimum payout is set at $100 but you can always raise it in your payment details. If you didn't reach your minimum payout, your earnings will be carried over to the next period until the minimum payout is reached.

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

· FAQ · Terms and Conditions · Privacy Policy · DMCA · 2257 ·

Free Parental Control Software


converted by Web2PDFConvert.com

EXHIBIT 8 DrTuber Webmaster Program Pages

# DrTuber

| Username | Password | **Login** |

## HOME
partnership

## FEATURES
what we suggest

## SIGNUP
earn money with us

## FAQ
frequently asked

## CONTACT US

# Quick start for new webmasters!

No more tough conditions for wannabe partners — feel free to start working with

① **SEND YOUR TRAFFIC**          ② **ENJOY YOUR**          ③ **GET YOUR MONEY**







## DrTuber rates

| Uniques | $$$ per 1k |
|---|---|
| 1-20.000: | $1.25 |
| 20.001-50.000: | $1.50 |
| 50.001+: | $1.75 |
| Bad Countries: | $0.25 |
| Ref profit: | 5% |

Please contact us for better rates.

## DrTuber countries

We pay up to 1,75$ per 1K for this countries traffic:

Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Greece, Iceland, Ireland, Italy, Japan, Luxembourg, Netherlands, New Zealand, Norway, Singapore, Spain, Sweden, Switzerland, USA,

## DrTuber payouts

We send payouts twice a month, on the 1st and 15th. If those days happen to fall in a weekend, we pay on the nearest working day which is usually Monday.

The minimum payout is set at $100 but you can always raise it in your

## Click here to register and earn money with DrTuber

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

Web2PDF
converted by Web2PDFConvert.com

· FAQ · Terms and Conditions · Privacy Policy · DMCA · 2257 ·

Free Parental
Control Software

**Web2PDF**
converted by Web2PDFConvert.com

EXHIBIT 8 DrTuber Webmaster Program Pages

# DrTuber

| Usernam | Passwo | **Login** |

**HOME**
partnership program

**FEATURES**
what we suggest

**SIGNUP**
earn money with us

**FAQ**
frequently asked questions

**CONTACT US**
...ask all your questions

# Create your webmaster account

Username:

Password:

Re-type password:

Email:

ICQ:

Email notifications:    ☒

# Choose one or more payement methods

Epayservices:    ○

Epese:    ○

Paxum:    ○

Wire:    ○

Webmoney:    ○   **Z**

Login

Forgot your password?

**Sign Up**

Copyright © 2009-2012 DrTuber.com. All Rights Reserved.

·  FAQ  ·  Terms and Conditions  ·  Privacy Policy  ·  DMCA  ·  2257  ·

Free Parental Control Software

Web2PDF
converted by Web2PDFConvert.com