

EXHIBIT 9 DrTuber Join Form March 2012