**NOTE: The following exhibit has been redacted to remove sexually explicit material that appears in the original. Should the Court require an un-redacted version, one will be provided.**

EXHIBIT 11 DrTuber Static Pages





EXHIBIT 11 DrTuber Static Pages

converted by Web2PDFConvert.com





EXHIBIT 11 DrTuber Static Pages





EXHIBIT 11 DrTuber Static Pages

EXHIBIT I - DrTuber Static Pages

