AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Fraserside IP LLC<br><br>*Plaintiff*<br><br>v.<br>Igor Kovalchuk a/k/a "Vince,"<br>d/b/a DrTuber.com, et al.<br><br>*Defendant* | Civil Action No. 0:12-cv-60931 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Igor Kovalchuk a/k/a "Vince"
RG Hodge Plaza Wickhams Cay Road Town
Tortola, British Virgin Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jason A. Fischer
    Randazza Legal Group
    2 South Biscayne Blvd., Suite 2600
    Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 17, 2012**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Fraserside IP LLC <br><br> *Plaintiff* <br><br> v. <br><br> Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com, et al. <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) Civil Action No. 0:12-cv-60931 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ERA Technologies Ltd.
RG Hodge Plaza Wickhams Cay Road Town
Tortola, British Virgin Islands

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason A. Fischer
Randazza Legal Group
2 South Biscayne Blvd., Suite 2600
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts

Date: **May 17, 2012**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Fraserside IP LLC

*Plaintiff*

v.  Civil Action No. 0:12-cv-60931

Igor Kovalchuk a/k/a "Vince,"
d/b/a DrTuber.com, et al.

*Defendant*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Extron Worldwide Corporation
Torres de las Americas, Tower B, No. 305
Punta Pacifica, Panama

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jason A. Fischer
Randazza Legal Group
2 South Biscayne Blvd., Suite 2600
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **May 17, 2012**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Juan Ulacia
Deputy Clerk
U.S. District Courts