



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Fraserside IP LLC
an Iowa Limited Liability Company

CASE NO. 12-cv-60931-KAM
JUDGE: MARRA

        Plaintiff,

v.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

        Defendants.

_____/

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida, the undersigned hereby moves this Court for an order granting Val Gurvits Esq. of the Boston Law Group, PC ("Gurvits") and Evan Fray-Wintzer, Esq., of the Law Office of Evan Fray-Witzer ("Fray-Witzer"), to appear *pro hac vice* as counsel for Igor Kovalchuk, a/k/a "Vince," d/b/a DrTuber.com, ERA Technologies Ltd., and Extron Worldwide Corporation ("Defendants") in the above-styled case, and pursuant to Rule 2B of the CM/ECF Administrative Procedures to permit Gurvits and Fray-Witzer to receive electronic filings in this case. The form of such order is annexed hereto as **Exhibit "A."** In support of this Motion, the undersigned states and declares as follows:

1.     Movant ~~John F. Bradley~~ *Lou S Smith* is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida. I am familiar with the Federal Rules of Civil Procedure, Federal Rules of Evidence, the local rules of the Southern District of Florida, CM/ECF Administrative Procedures, Code of

1

Professional Responsibility of the American Bar Association, and provisions of the judicial code.

2. Gurvits is a member in good standing of the Commonwealth of Massachusetts Bar, and the United States District Court, District of Massachusetts. In support of this Motion, attached hereto as **Exhibit "B"** is the Affidavit of Val Gurvits, Esq.

3. Fray-Witzer is a member in good standing of the Commonwealth of Massachusetts Bar, and the United States District Court, District of Massachusetts. In support of this Motion, attached hereto as **Exhibit "C"** is the Affidavit of Evan Fray-Witzer, Esq.

4. Movant requests that Gurvits and Fray-Witzer may enter appearances, sign pleadings, papers and stipulations, conduct discover, and otherwise communicate and argue the above styled case, in whole or in part, in all respects as counsel of record for the Defendants in this action.

5. In accordance with the local rules of this Court, Gurvits and Fray-Witzer have each made payments of seventy-five dollars ($75.00) to the Clerk as this Court's admission fee.

6. Additionally, Gurvits and Fray-Witzer, by and through the undersigned counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Attorney Val Gurvits at: vgurvits@bostonlawgroup.com and Attorney Evan Fray-Wintzer at Evan@fray-witzer.com.

*Wherefore*, the undersigned moves this Court to enter an Order permitting Gurvits and Fray-Witzer to appear before this Court on behalf of Defendants for all purposes relating to the proceeding in the above styled matter, and further directing the Clerk to provide electronic service of filings to Gurvits and Fray-Witzer.

Dated: July 27, 2012.

                            Respectfully Submitted;

                            BRADLEY LEGAL GROUP, P.A.
                            Attorneys for Defendants

                            By: _____
                            John F. Bradley, Esq.
                            Florida Bar #0779910
                            Louis Smoller, Esq.
                            Florida Bar #086253
                            15 Northeast 13th Avenue
                            Fort Lauderdale, FL 33301
                            www.bradlegal.com
                            Telephone No. (954) 523-6160
                            Fax No. (954) 523-6190
                            Email: jb@bradlegal.com

                            *Counsel for Defendants*

## CERTIFICATE OF SERVICE
## OF ELECTRONIC FILING GENERATED BY CM/ECF

     I HEREBY CERTIFY that on this 27th day of July 2012, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System or

in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

/s/ ~~John F. Bradley~~ Lois Smaller, Esq.

## SERVICE LIST

**Cybernet Entertainment, LLC. v. Igor Kovalchuck, et. Al**
**Case No: 12-cv-60660-RNS**
**U.S. District Court, Southern District of Florida**

**Chad L. Belville**
4742 North 24th Street
Suite 315
Phoenix, AZ 85016
602-904-5485
Fax: 602-297-6953
Email: cbelville@azbar.org
*ATTORNEY FOR PLAINTIFF*

**Marc John Randazza**
6525 W. Warm Springs Rd.
Suite 100
Las Vegas, NV 89118
888-667-1113
Fax: 305-437-7662
Email: MJR@randazza.com
*ATTORNEY FOR PLAINTIFF*

**Jason Allan Fischer**
Fischer Law, P.L.
One Biscayne Tower
2 Biscayne Boulevard, Suite 2600
Miami, FL 33131-1815
(321) 356-0766
Fax: (305) 397-2772
Email: fischerlawpl@me.com
*ATTORNEY FOR PLAINTIFF*

**Val Gurvits**
Boston Law Group, PC
825 Beacon Street, St. 20
Newton Centre, MA 02459
(617) 928-1800
Fax: (617) 928-1802
vgurvits@bostonlawgroup.com
*ATTORNEY FOR DEFENDANT*

**Evan Fray-Witzer**
Law Office of Evan Fray-Witzer
20 Park Plaza, St. 804
Boston, MA 02116
(617) 723-5630
Fax: (617) 507-8043
Evan@Fray-Witzer.com
*ATTORNEY FOR DEFENDANT*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Fraserside IP LLC
an Iowa Limited Liability Company

CASE NO. 12-cv-60931-KAM
JUDGE: MARRA

　　　　　　Plaintiff,

v.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

　　　　　　Defendants.
_____/

## ORDER OF ADMISSION PRO HAC VICE

**THIS CAUSE**, having come before the Court upon the Defendants' Motion to Appear *Pro Hac Vice*, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court of the Southern District of Florida and Sec. 2B of the CM/ECF Administrative Procedures, this Court having considered the motion, attached exhibits, and other relevant factors, it is hereby;

**ORDERED AND ADJUGED**, that Defendants' Motion to Appear *Pro Hac Vice* is granted. Attorney Val Gurvits Esq. of the Boston Law Group, PC and Attorney Evan Fray-Witzer, Esq., of the Law Office of Evan Fray-Witzer, may enter appearances, sign pleadings, papers and stipulations, conduct discover, and otherwise communicate and argue the above styled case, in whole or in part, in all respects as counsel of record for the Defendants in this action. The Clerk shall provide electronic notifications of all electronic filings to Attorney Val Gurvits at: vgurvits@bostonlawgroup.com and Attorney Evan Fray-Witzer at Evan@fray-witzer.com.

Ev. A 1/2

Ex. A 2/2

        ***DONE AND ORDERED*** in Chambers at _____, Florida this \_\_\_ day of _____

        _____
        Honorable Kenneth A. Marra
        United States District Court Judge

Copies furnished: All Counsel of Record

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Fraserside IP LLC
an Iowa Limited Liability Company

CASE NO. 12-cv-60931-KAM
JUDGE: MARRA

        Plaintiff,

v.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

        Defendants.
_____/

### AFFIDAVIT OF VAL GURVITS, ESQ.
### IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Val Gurvits, Esq., being duly sworn, under oath, deposes and states as follows:

1. I am an attorney admitted to practice with good standing in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am a member of the Boston Law Group, PC, in Boston, Massachusetts.

2. I make this affidavit pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in support of Defendant's Motion to Appear Pro Hac Vice.

3. I have never been held in contempt of Court, nor censured, suspended or disbarred by any Court. I have studied and am familiar with the Federal Rules of Civil Procedure, Federal Rules of Evidence, the local rules of the Southern District of Florida, CM/ECF Administrative Procedures, Code of Professional Responsibility of the American Bar Association, and provisions of the judicial code.

4. For the foregoing reasons, I respectfully request that the Court enter an Order granting me to appear in this action on behalf of Defendants as counsel of record for all purposes.

Dated : July 27, 2012

_____
Val Gurvits, Esquire

Sworn to before me this
___ day of July, 2012
_____
Notary Public
My Commission Expires:

SURAYEE A. PEREZ
Notary Public
Commonwealth of Massachusetts
My Commission Exp. 08/12/2016

Ex. B

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Fraserside IP LLC
an Iowa Limited Liability Company

CASE NO. 12-cv-60931-KAM
JUDGE: MARRA

Plaintiff,

v.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

Defendants.
_____/

### AFFIDAVIT OF EVAN FRAY-WITZER, ESQ.
### IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Evan Fray-Witzer, Esq., being duly sworn, under oath, deposes and states as follows:

1. I am an attorney admitted to practice with good standing in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts. I am the owner of the Law Office of Evan Fray-Witzer, in Boston, MA.

2. I make this affidavit pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in support of Defendant's Motion to Appear Pro Hac Vice.

3. I have never been held in contempt of Court, nor censured, suspended or disbarred by any Court. I have studied and am familiar with the Federal Rules of Civil Procedure, Federal Rules of Evidence, the local rules of the Southern District of Florida, CM/ECF Administrative Procedures, Code of Professional Responsibility of the American Bar Association, and provisions of the judicial code.

4. For the foregoing reasons, I respectfully request that the Court enter an Order granting me to appear in this action on behalf of Defendants as counsel of record for all purposes.

Dated: July 27, 2012

Evan Fray-Witzer, Esq.,

Sworn to before me this
27th day of July, 2011

Notary Public
My Commission Expires: Nov. 18, 2016

Ex. C