UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60931-Civ-MARRA

FRASERSIDE IP LLC
an Iowa Limited Liability Company,

    Plaintiff
v.

IGOR KOVALCHUK a/k/a "VINCE,"
d/b/a DRTUBER.COM,
ERA TECHNOLOGIES, LTD.,
EXTRON WORLDWIDE CORPORATION
and JOHN DOES 1-100,

    Defendants.
_____/

### ORDER GRANTING MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

**THIS CAUSE** is before the Court upon the Motion of Defendants' Attorney Louis Smoller for an order granting Val Gurvits, Esq. of the Boston Law Group, PC and Evan Fray-Witzer, Esq., of the Law Office of Evan Fray-Witzer to appear *Pro Hac Vice* [DE 10]. The Court has considered the motion and all other relevant factors. Accordingly, it is hereby

**ORDERED and ADJUDGED** that said motion **[DE 10] is GRANTED**. Val Gurvits, Esq. and Evan Fray-Witzer may appear and participate in this action in all respects as counsel of record for Defendants IGOR KOVALCHUK a/k/a "VINCE,"d/b/a DRTUBER.COM, ERA TECHNOLOGIES, LTD., and EXTRON WORLDWIDE CORPORATION. The Clerk shall provide electronic notification of all electronic filings to Val Gurvits at

vgurvits@bostonlawgroup.com and to Evan Fray-Witzer at Evan@fray-witzer.com.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 6th day of August, 2012.

_____
KENNETH A. MARRA
United States District Judge