UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60931-CIV-MARRA

FRASERSIDE IP LLC,
an Iowa Limited Liability Company,

    Plaintiff,

vs.

IGOR KOVALCHUK,a/k/a,
VINCE d/b/a DrTuber.com,
ERA TECHNOLOGIES, LTD.,
EXTRON WORLDWIDE CORPORATION,

    Defendants.
_____/

## ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH FED. R. CIV. P. 4(m)

    This cause is before the Court *sua sponte*.

    Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of the summons and complaint is to be perfected upon defendants within 120 days after the filing of the complaint. A review of the court record reveals that the complaint in the present action was filed on May 16, 2012 [DE 1], and there is no indication that Defendants have been served. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. Within twenty (20) days from the date of entry of this Order, Plaintiff shall either perfect service upon Defendants in the above-styled cause or show good cause as to why service has not been perfected.

    2. Failure to comply with this Order shall result in the dismissal of the present action,

without prejudice.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 12th day of October, 2012.

_____
KENNETH A. MARRA
United States District Judge