UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 12-cv-60931-KAM

Fraserside IP LLC, an Iowa Limited Liability Company,

       Plaintiff

vs.

Igor Kovalchuk aka Vince, dba DrTuber.com and
ERA Technologies Ltd. and Extron Worldwide Corporation
and www.drtuber.com and
and DOES 1-10 inclusive and
DOE COMPANIES 1-100 inclusive

       Defendants

---

**PLAINTIFF'S SHOW CAUSE RESPONSE
AND REQUEST FOR ENLARGEMENT OF TIME FOR SERVICE**

    Plaintiff Fraserside IP LLC, by and through its counsel, hereby makes this response to the Court's Show Cause Order of October 12, 2012 (Doc. No. 12), and respectfully requests additional time within which to achieve service of process on Defendants Igor Kovalchuk, d/b/a drtuber.com and www.drtuber.com, ERA Technologies Ltd. and Extron Worldwide Corporation.

    Rule 4(m), Federal Rules of Civil Procedure, states in pertinent part that:

> If a defendant is not served within 120 days after the complaint is filed, the court, on motion or on its own after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for failure, the court must extend the time for service for an appropriate period.

There is good cause for the delay in attaining service of process and for this request for extension of time, in that Defendant Kovalchuk and Defendant ERA Technologies, Ltd. are located outside the United States. Defendant Kovalchuk is a citizen and resident of Russia and no specific location of residence within that country for Defendant Kovalchuk is known to Plaintiff. Likewise, Defendant ERA Technologies, Ltd. has an address of at RG Hodge Plaza Wickhams Cay Road Town, Tortola, Virgin Islands, and Extron Worldwide has an address in Panama.

Prior attempts at service upon the Defendants have turned up vacant spaces or post office box store fronts at the addresses provided in public records where registered agents and principal places of business should be. *See, e.g.,* Declaration of Nelson Tucker, submitted herewith as <u>Exhibit A</u>. Where Defendants are demonstrably evading service by providing false or incomplete location information in public entity filings, additional time beyond the 120-day 4(m) deadline is warranted.

An appearance for the Defendants has been filed in this matter, which shows that Defendants are certainly aware of the suit. In a related case filed against the same defendants here in the Southern District of Florida, *Cybernet Entertainment LLC v. Kovalchuk et al.*, Case No. 0:12-cv-60660-RNS (hereinafter, the "*Cybernet* case", service was made upon counsel for Defendants and upon Defendant's DMCA Agent. A motion to quash that service is currently pending.

In an earlier suit in the Northern District of Iowa, Defendants appeared and defended, with the same counsel. *See Fraserside IP LLC v. Kovalchuk, et al.*, Case No. 11-03040, filed in U.S. District Court for the Northern District of Iowa. In the instant matter, as well as the above-

referenced cases, Plaintiff has been diligent in efforts to serve the Defendants in the traditional manner, attempting service at the location listed for the drtuber.com domain owners.

Defendant Kovalchuk minimalizes his relationship with ERA Technologies, Ltd. by claiming that ERA is the owner and operator of the website www.drtuber.com, and that all he does for ERA is to "manage technology for ERA Technologies," and, thus, disclaims any relationship to the drtuber.com website. However, Plaintiff's research indicates otherwise. In an attachment to the Complaint in the *Cybernet* case, as in this action (See Doc Nos. 1-3), the March 2012 DomainTools WHOIS webpage information for DrTuber.com clearly lists Igor Kovalchuk as the Registrant, the Administrative Contact, and the Technical Contact for ERA Technologies, Ltd. Plaintiff's information and belief is that Defendant Kovalchuk owns and operates the website www.drtuber.com as an alter ego, using a shell corporation with the business address of Defendant ERA Technologies, Ltd., at RG Hodge Plaza Wickhams Cay Road Town, Tortola, Virgin Islands.

Defendant Kovalchuk claims that he does not "own" drtuber.com but he evades the question of whether or not he owns the entity that owns drtuber.com; a matter of semantics, which Plaintiff is striving to clarify. However many layers are between Kovalchuk, ERA, and Extron, which is incorporated in Panama and which Plaintiff is informed by Kovalchuk is no longer a functioning company, and drtuber.com, they appear to be under common control and ownership. Neither Defendant Kovalchuk nor Defendant ERA were actually located at the Tortola address which turned out to be a mailbox office at a business center, and in the *Cybernet* case, which filing predates the instant case, when a process server went to Panama to serve Defendant Extron Worldwide, it was discovered that the address located for that company was a

vacant building. The returns of service for these two serves are submitted herewith as Exhibit B and Exhibit A, respectively.

In light of the extent of the evasion of service at which Defendants are adept, Plaintiff therefore respectfully requests an extension of time of ninety (90) days for Plaintiff to attempt to achieve service on the Defendants, either conventionally, or by alternate means, as this Honorable Court might approve pursuant to Plaintiff's Motion for Alternate Service (Doc No. 14) filed contemporaneously with this Show Cause Response.

DATED: November 1, 2012

Respectfully submitted,

RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd, Suite 2600
Miami, FL 33131
Telephone (888) 667-1113
Facsimile: (305) 397-2772

  s/ Jason A. Fisher
Marc J. Randazza
mjr@randazza.com
Jason A. Fisher (68762)
jaf@randazza.com

  s/ Chad Belville
Chad Belville, Attorney at Law
*Pro Hac Vice*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 1st day of November, 2012, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

*s/ Jason A. Fischer*

## SERVICE LIST

By Filing with the Court's CM/ECF System, which provides notice to:

| | | |
|---|---|---|
| c/o Evan Fray-Witzer | c/o Valentin Gurvits | c/o John Francis Bradley |
| Law Office of Fray-Witzer | Boston Law Group, PC | Bradley Legal Group, P.A. |
| 20 Park Plaza, Suite 804 | 825 Beacon Street, Suite 20 | 15 Northeast 13 Avenue |
| Boston, MA 02116 | Newton Centre, MA 02459 | Fort Lauderdale, FL 33301 |
| Tel: 617-723-5630 | Tel: 617-928-1804 | Tel: 954-523-6160 |
| Email: | Email: | Fax: 523-6190 |
| Evan@Fray-Witzer.com | vgurvits@bostonlawgroup.com | Email: jb@musiclawattorney.com |

Attorneys of record for Defendants Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com; ERA Technologies Ltd.; and Extron Worldwide Corporation