AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. C11-3032-MWB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Igor Kovalchuk dba www.drtuber.com
was received by me on *(date)* 09/29/2011 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Janice Sergeant (person in charge for agent of service), who is designated by law to accept service of process on behalf of *(name of organization)* Igor Kovalchuk dba www.drtuber.com on *(date)* 10/20/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 637.50 for services, for a total of $ 637.50 .

I declare under penalty of perjury that this information is true.

Date: 10/24/2011

*Server's signature*

Rolando Ocana
*Printed name and title*

Process Service Network
20832 Roscoe Blvd., Suite 106
Winnetka, CA 91306
*Server's address*

Additional information regarding attempted service, etc:

Addess of service: Blenheim Trust, RG Hodge Plaza, Wickams Cay, Road Town, Tortola, Virgin Islands
Served on: 10/20//11, at 1:20 PM

Documents served: Summons in a Civil Action; Complaint and Jury Demand; Civil Cover Sheet; Local Rule 7.1; Disclosure Statement; Local Rule 10; Notice of Public Availability of Case File Information; Local Rule 16; Instructions and Worksheet for the Scheduling Order and Discovery Plan; Proposed Scheduling Order and Discovery Plan; Local Rule 73; Notice, Consent and Order of Reference; Waiver of Service of Summons; Notice of Lawsuit and Request for Waiver; Local Rule 41; Section IV of Procedures Manual: Sanctions; ECF Attorney Registration Form; Privacy Notice

# Exhibit B

Return of Service in Prior Action on Address for ERA Technologies Ltd.