UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:12-cv-60931-KAM

Fraserside IP LLC, an Iowa Limited Liability Company,

       Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com;
ERA Technologies Ltd.; Extron Worldwide Corporation;
and JOHN DOES 1-100,

       Defendants.

---

**ORDER**

Before the Court Plaintiff's Motion (Doc. No. 14) for an Order Permitting Alternate Service.  The Court, having carefully reviewed Plaintiff's Motion, the pleadings and exhibits in this matter, hereby gives leave for Plaintiff to effect service its Complaint and Summonses by delivering copies by email and certified mail to both (i) Defendants' agent who has been designated pursuant to 17 U.S.C. § 512(c)(2) for the purpose of receiving notification of claimed infringement; and (ii) Defendants' retained counsel for this Action.  Plaintiff has shown good cause for why alternate service under 4(f)(3) is appropriate in this instance, and the proposed means of service is reasonably calculated to provide notice to Defendants that an action has been brought against them, as well as an opportunity for Defendants to appear and present their objections.  See *Mullane v. Central Hanover Bank & Trust Co.,* 339 U.S. 306, 314 (1950).

Accordingly, it is **ORDERED AND ADJUDGED** that

(i)   Plaintiff's Motion for an Order Permitting Alternate Service is GRANTED;

(ii)  Plaintiff shall, within fifteen (15) days after this ORDER, file Proofs of Service of Plaintiff's Complaint and Summonses, which service shall be as described in this Order above, upon Defendants' copyright agent designated under 17 U.S.C. 512(c)(2) and Defendants' counsel; and

(iii) Defendants shall, within thirty (30) days after this ORDER, file their responsive pleadings to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this _____ day of _____, 2012.

_____
United States District Judge