UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60931-CIV-MARRA

Fraserside IP LLC, an Iowa Limited Liability Company,

　　　　Plaintiff,

v.

Igor Kovalchuk aka Vince, dba DrTuber.com and
ERA Technologies Ltd. and Extron Worldwide Corporation
and www.drtuber.com and DOES 1-10 inclusive and
DOE COMPANIES 1-100 inclusive,

　　　　Defendants.
_____/

## ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to IOP 2.15.00(c) due to the lower-numbered Case No.12-60660-CIV-SCOLA having a similar subject matter, and subject to consent given below, it is:

**ORDERED** that the above-styled matter is transferred to the calendar of the Honorable Robert N. Scola, Jr. for all further proceedings.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 2nd day of November, 2012.

　　　　　　　　　　　　　　　　　　　KENNETH A. MARRA
　　　　　　　　　　　　　　　　　　　United States District Judge

After reviewing the Court file in the above numbered cause, the undersigned hereby accepts the transfer of said case. Therefore, it is:

**ORDERED AND ADJUDGED** that all pleadings hereinafter filed shall bear the following case number 12-60931-CIV-SCOLA, thereby indicating the Judge to whom all pleadings shall be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 5 day of November, 2012.

ROBERT N. SCOLA, Jr.
United States District Judge

cc:  Judge Kenneth A. Marra