# CERTIFICATE

The undersigned authority has the honour to certify, inconformity with Article of the Convention.

(1) that the document has been served*

- The (date) <u>Has been served on Monday 30th July, 2012 at 4:30 pm.</u>
  At (place, street, number ) <u>Blenheim Trust (BVI) Limited. Road Town, Tortola, BVI.</u>

  [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first
      Paragraph of Article 5 of the Convention. *

  [ ] (b) in accordance with the following particular method: *
      xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx.

  [ ] (c) by delivery to the addressee, who accepted it voluntarily. *
      <u>Blenheim Trust (BVI) Limited. Registered Agent for ERA Technologies Ltd.</u>
  The documents referred to on the request have been delivered to:

- (identity and description or person)
  <u>Stephanie Cruz.</u>

- (Relationship to the addressee (family, business or other):
  <u>Corporate Officer.</u>

(2) That the document has not been served, by the reason of the following facts:
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
xxxxxxxxx

Annexes

Documents returned:

1. <u>Certificate – Vol. 78/3606</u>
2. <u>Documents requested to be served</u>

Done at <u>Registrar's Office, Road Town, Tortola</u>
<u>British Virgin Islands on 1st August, 2012</u>

In appropriate cases, documents
Establishing the service:

Signature and/or stamp

_____
_____
_____

Paula Ajarie
*Delete if inappropriate          Registrar, High Court

