UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 12-cv-60931-KAM

Fraserside IP LLC, an Iowa Limited Liability Company,

       Plaintiff

vs.

Igor Kovalchuk aka Vince, dba DrTuber.com and
ERA Technologies Ltd. and Extron Worldwide Corporation
and www.drtuber.com and
and DOES 1-10 inclusive and
DOE COMPANIES 1-100 inclusive

       Defendants

---

### NOTICE OF FILING PROOF OF SERVICE

    Plaintiff, Fraserside IP LLC, hereby gives notice of filing Proof of Service for its Complaint and Summons upon Defendant, ERA Technologies Ltd.

DATED:  December 20, 2012      Respectfully submitted,

                                     RANDAZZA LEGAL GROUP
                                     2 S. Biscayne Blvd, Suite 2600
                                     Miami, FL 33131
                                     Telephone (888) 667-1113
                                     Facsimile: (305) 397-2772

                                     *s/ Jason A. Fisher*
                                     Marc J. Randazza
                                     mjr@randazza.com
                                     Jason A. Fisher (68762)

jaf@randazza.com

Chad Belville, Attorney at Law
*Pro Hac Vice*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 20th day of December, 2012, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

        *s/ Jason A. Fischer*

## SERVICE LIST

By Filing with the Court's CM/ECF System, which provides notice to:

| c/o Evan Fray-Witzer | c/o Valentin Gurvits | c/o John Francis Bradley |
|---|---|---|
| Law Office of Fray-Witzer | Boston Law Group, PC | Bradley Legal Group, P.A. |
| 20 Park Plaza, Suite 804 | 825 Beacon Street, Suite 20 | 15 Northeast 13 Avenue |
| Boston, MA 02116 | Newton Centre, MA 02459 | Fort Lauderdale, FL 33301 |
| Tel: 617-723-5630 | Tel: 617-928-1804 | Tel: 954-523-6160 |
| Email: | Email: | Fax: 523-6190 |
| Evan@Fray-Witzer.com | vgurvits@bostonlawgroup.com | Email: |
| | | jb@musiclawattorney.com |

Attorneys of record for Defendants Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com; ERA Technologies Ltd.; and Extron Worldwide Corporation