UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 12-60931-Civ-SCOLA**

Fraserside IP LLC,

    Plaintiff,

vs.

Igor Kovalchuk a/k/a "Vince," d/b/a/ DrTuber.com,
ERA Technologies Ltd.,
Extron Worldwide Corporation, and
John Does 1-100,

    Defendants.
_____/

## ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE

The Plaintiff's motion for alternate service (DE 14) and motion for an extension of time for service (DE 15),[1] and all other related motions are **REFERRED** to United States Magistrate Judge Alicia M. Otazo-Reyes <u>to be heard and determined</u> in accordance with 28 U.S.C. § 636(b)(1)(A) and Rule 1 of the Magistrate Judge Rules of the Southern District of Florida.

**DONE and ORDERED** in chambers, at Miami, Florida, on January 8, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies to:
*Counsel of record*

---

[1] The motion for an extension for service is listed on the docket as docket entry 15, but the actual document containing the motion is contained in docket entry 13.