UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 12-cv-60931-RNS

Fraserside IP LLC, an Iowa Limited Liability Company,

Plaintiff

vs.

Igor Kovalchuk aka Vince, dba DrTuber.com and
ERA Technologies Ltd. and Extron Worldwide Corporation
and www.drtuber.com and
and DOES 1-10 inclusive and
DOE COMPANIES 1-100 inclusive

Defendants

---

**CLERK'S ENTRY OF DEFAULT AS TO DEFENDANT
ERA TECHNOLOGIES LTD.**

Plaintiff Cybernet Entertainment LLC, has requested the entry of default of Defendant

ERA Technologies Ltd. pursuant to Federal Rule of Civil Procedure 55(a). Upon review of the

Court's record in this action, the Clerk finds that Defendant ERA Technologies Ltd. has failed to

appear, plead, or otherwise defend as provided by the Federal Rules of Civil Procedure.

Therefore, the DEFAULT of Defendant ERA Technologies Ltd. is hereby entered.

UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF FLORIDA

By: _____
Deputy Clerk