IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FRASERSIDE IP, LLC<br><br>                       Plaintiff,<br>   vs.<br>IGOR KOVALCHUK a/k/a "VINCE," d/b/a DRTUBER.COM; ERA TECHNOLOGIES, LTD.; EXTRON WORLDWIDE CORP.; and JOHN DOES 1-50,<br><br>                       Defendants. | **CASE NO. 0: 12-cv-60931-RNS** |

**DEFENDANT ERA TECHNOLOGIES' NOTICE OF INTENT
TO FILE MOTION TO DISMISS ON JANUARY 23, 2013**

Defendant ERA Technologies, Ltd. respectfully gives notice that it will file a Motion to Dismiss today, January 23, 2013, before 5:00 p.m.

                                              Respectfully submitted,
                                              ERA TECHNOLOGIES, LTD.
                                              By its attorneys,

                                              /s/Evan Fray-Witzer
                                              Evan Fray-Witzer, *pro hac vice*
                                              Ciampa Fray-Witzer, LLP
                                              20 Park Plaza, Suite 804
                                              Boston, MA 02116
                                              (617) 723-5630
                                              Evan@CFWLegal.com

                                              /s/Valentin Gurvits
                                              Valentin Gurvits, *pro hac vice*
                                              Boston Law Group, PC
                                              825 Beacon Street, Suite 20
                                              Newton, MA 02459
                                              (617) 928-1804
                                              vgurvits@bostonlawgroup.com

/s/ John Bradley
John F. Bradley, Esq.
BRADLEY LEGAL GROUP, P.A.
15 Northeast 15 Avenue
Fort Lauderdale, FL 33301
(954) 523-6160
jb@bradlegal.com

ECF CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23, 2013, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System and a copy of the above document was served on counsel for the plaintiff, through the Court's CM/ECF system in accordance with FRCP 5.

/s/ John F. Bradley
John F. Bradley, Esq.