IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FRASERSIDE IP, LLC<br><br>      Plaintiff,<br><br> vs.<br><br>IGOR KOVALCHUK a/k/a "VINCE," d/b/a DRTUBER.COM; ERA TECHNOLOGIES, LTD.; EXTRON WORLDWIDE CORP.; and JOHN DOES 1-50,<br><br>      Defendants. | CASE NO. 0: 12-cv-60931-RNS |

## AFFIDAVIT OF IGOR KOVALCHUK

I, Igor Kovalchuk, being duly sworn, do hereby depose and state:

1. My name is Igor Kovalchuk. Unless otherwise stated, I make this affidavit of my own personal knowledge.

2. I am a citizen and resident of Russia.

3. I manage technology for ERA Technologies, Ltd., a company which is incorporated in the British Virgin Islands.

4. ERA Technologies, Ltd. is the owner and operator of the website located at the URL www.DrTuber.com (the "Website").

5. I have been informed that I am named as the defendant in this action and the complaint identified me, individually, as "doing business as" www.DrTuber.com. This is incorrect. As I have stated, above, the Website is owned and operated by ERA Technologies, Ltd., a fact that is well known to Plaintiff and Plaintiff's counsel, Chad Belville, as they previously attempted to sue me individually in Iowa. The Court there correctly found that I did not own or operate the Website, but that ERA Technologies did. That case was dismissed for

1

lack of personal jurisdiction.

6.  I understand that the complaint in this matter also alleges that I own and operate the Website through a company known as Extron Worldwide Corporation ("Extron"). Again, this is incorrect. Extron neither owns nor operates the Website and, indeed, Extron is no longer a functioning company.

7.  No service of process has been made or attempted on me in this case.

8.  The Digital Millennium Copyright Act ("DMCA") agent for ERA Technologies and the Website is Mr. Constantin Luchian.

9.  Mr. Luchian is not my agent in any capacity whatsoever. I have never met Mr. Luchian and to my knowledge I have never spoken to or corresponded with him.

10. Similarly, even when Extron was an operating company, it had no connection with Mr. Luchian whatsoever. It did not engage him as an agent of any kind, including as a DMCA agent. Extron never communicated with Mr. Luchian either verbally or in any written form.

11. In short, with respect to myself and with respect to Extron, Mr. Luchian is a complete stranger.

12. Mr. Luchian is an employee of Incorporate Now, Inc. ("Incorporate Now"). In 2011, ERA Technologies contracted with Incorporate Now for the provision of DMCA agent services. Neither I, nor ERA Technologies or Extron have any ownership interest in or control of Incorporate Now.

13. As the employee of Incorporate Now and the DMCA agent for ERA Technologies and the Website, Mr. Luchian's function is simply to receive and forward DMCA take-down notices. He is not an agent of ERA Technologies or the Website for any other purpose. His

employer Incorporate Now is not an agent of ERA Technologies or the Website for any other purpose.

14. Mr. Luchian is not now – nor has he ever been – an employee of ERA Technologies or the Website. Mr. Luchian is not now – nor has he ever been – an owner, officer, director, manager, general agent, business agent, or cashier of ERA Technologies or the Website. Mr. Luchian is simply an employee of Incorporate Now, a service provider who serves as a DMCA agent for numerous websites.

15. Mr. Luchian and Incorporate Now do not now have – nor have they ever had – the general authority to act for ERA Technologies or the Website within Florida or the United States. Nor do they have – nor have they ever had – the authority to speak for ERA Technologies or the Website within Florida or the United States.

16. Again, Mr. Luchian's sole function as Incorporate Now's employee is to receive and forward DMCA take-down notices to ERA Technologies.

17. Although it should be self-evident from the above, Mr. Luchian was also never an employee of Extron, nor was he ever an owner, officer, director, manager, general agent, business agent, or cashier of Extron. Mr. Luchian does not have and has never had the general authority to act for Extron within Florida or the United States, nor did he ever have the authority to speak for Extron within Florida or the United States.

18. With respect to me, individually, I have never visited Florida and have never conducted any kind of business in Florida. I do not have a telephone number there; I have no employees or agents there; I do not have an office there; I do not have any bank accounts there; I do not pay any taxes there; I do not own or lease real estate there; and I have no agent for the service of process in Florida. In fact, I have never visited the United States.

19. With respect to Extron, when the company was operational, it had no connections with Florida. It did not maintain servers in Florida (or anywhere within the United States), had no telephone number there, did not have an office there, did not have a bank account there, did not pay taxes there, did not lease or own real estate there, had no employees or agents there, did not advertise there, and had no agent for the service of process in Florida.

20. With respect to ERA Technologies, I am aware and informed that the company also has no connections with Florida. It does not maintain servers in Florida (or anywhere within the United States), has no telephone number there, has no office there, has no bank accounts there, does not pay does taxes there, does not lease or own real estate there, has no employees or agents there, does not advertise there, and has no agent for the service of process in Florida.

21. In the past, the domain name for the Website was registered through the online domain name registrar Moniker.com ("Moniker"). When ERA Technologies used Moniker as its registrar for the domain, it did not know that Moniker was based in Florida. ERA Technologies did not consider the physical location of Moniker's office when it chose to use Moniker. Moniker was simply a popular online registrar that ERA Technologies happened to use.

22. ERA Technologies currently uses the online domain name registrar EuroDNS SA which operates its domain registrar business through the website eurodns.com. I understand that EuroDNS SA is a Luxembourger corporation with its main office at 2, rue Léon Laval, L-3372 Leudelange, Luxembourg (Europe).

23. ERA Technologies has never directly engaged the company SegPay for any purpose, including for payment processing. However, ERA Technologies contracted with Extron, while it was in operation, for payment processing services.

24. I understand that Extron engaged the European branch of the company SegPay to

4

process payments for the Website. I understand that SegPay is based in, among other locations, the United Kingdom and Cyprus and operates its European business through the website at SegPay.eu.

25. ERA Technologies did not know or take it under consideration that SegPay also operated in the United States with its headquarters in Florida.

26. I believe that both I and ERA Technologies have strong defenses to the allegations that have been made. In addition to the jurisdiction issue, I do not believe that I can be held responsible since I do not own or operate the Website. Also, it is my understanding that ERA Technologies is entitled to defenses under the DMCA because it has a DMCA agent and it immediately responds to all DMCA-compliant takedown notices.

Signed under the pains and penalties of perjury this 23rd day of January, 2013.

_____
Igor Kovalchuk