

Welcome Guest.

[ **Login** | **Register** ]

featured partner


## ICANN Accredited Registrars

| Home | Registrars | Web Hosts | Registries | Domain Names | Forums | News | WHOIS |

**Search the Web:**

### Domain Registrars

Search Registrars

Fastest Growing Registrars

Registrar Ranking

RegistrarTrends Report

Email Subscriptions

### Largest ICANN Registrars

Home � Domain Registrars � Registrar Ranking � Worldwide



**Top Domain Registrars by Total Domains**

| Rank | Registrar | Country | Market Share | Total Domains |
|---|---|---|---|---|
| 1 | GO_DADDY | 🇺🇸 | 32.453% | 28,988,010 |
| 2 | ENOM | 🇺🇸 | 8.103% | 7,237,533 |
| 3 | TUCOWS | 🇨🇦 | 6.805% | 6,078,165 |
| 4 | NETWORK_SOLUTIONS | 🇺🇸 | 6.085% | 5,435,329 |
| 5 | SCHLUND+PARTNER | 🇩🇪 | 4.834% | 4,318,203 |
| 6 | MELBOURNE_IT | 🇦🇺 | 3.203% | 2,860,605 |
| 7 | WILD_WEST_DOMAINS | 🇺🇸 | 2.807% | 2,507,510 |
| 8 | REGISTER.COM | 🇺🇸 | 2.053% | 1,833,924 |
| 9 | RESELLERCLUB.COM | 🇮🇳 | 1.821% | 1,626,143 |
| 10 | MONIKER | 🇺🇸 | 1.591% | 1,420,726 |

| | | | | |
|---|---|---|---|---|
| 11 | FASTDOMAIN.COM | 🇺🇸 | 1.378% | 1,231,120 |
| 12 | KEY-SYSTEMS | 🇩🇪 | 1.367% | 1,220,933 |
| 13 | Onamae.com | 🇯🇵 | 1.233% | 1,101,601 |
| 14 | XINNET.COM | 🇨🇳 | 1.022% | 913,004 |
| 15 | OVH | 🇫🇷 | 0.979% | 874,593 |
| <<First  <<Previous   1 **2** 3 4 5 6   Next >>  Last >> | | | | |

Back to Top

## Exclusive Partner: ResellerClub

Founded in 1998, ResellerClub provides a full range of Web Presence products & services to Web Hosts, Web Designers, Technology Consultants and Domain Resellers worldwide.

ResellerClub is the industry's leading provider of full-range products and services that enable their clients to become a one-stop shop for web presence products online.

Their product suite includes Domain Registration, Web and Email Hosting, SSL Certificates and Website Design which enables their clients to cater to the entire Web Presence market.

Learn More at ResellerClub.com

## Featured Partners:

- Start your own web hosting company and make huge profits with Host.in Reseller hosting Plans

- Affordable Web Hosting India by SpeedHost

- Domain Reseller Plans from ResellerClub - Domains from $8.39: No Setup Fee, 24x7 Support, Free API Access & more!

- LogicBoxes Registrar Solutions - Complete Business Process Automation and Consultancy for ICANN Registrars.

- TrustP.com Become Web Host - Sell Domain, Hosting & more with fully branded website & complete automation

- Sedo.com - The World's Leading Marketplace for Buying and Selling Domain Names.

Web Hosting Companies  |  Whois  |  Web Hosting News  |  Web Hosting Forums  |  Domain Names

**Search:**                                        -     Hosting Companies

About WebHosting.Info  |  Privacy Policy  |  Disclaimer  |  Copyright Notice  |  Contact Us

Web Hosting by Host.in - India's #1 Reseller Web Hosting and Website Hosting company

Domain Parking by Skenzo - World's leading domain parking and traffic monetization company!

Copyright © 2013, WebHosting.Info - A Directi Service