

about us | services & products | press | contact us | merchant login | become a merchant



chat live

## Contact Us

**Billing Questions:**
If you have questions about your credit card or bank statement, need to cancel a subscription or need to request a refund, you can reach us the following ways:

**Online Customer Support:**
Click here for Online Customer Support.
By Telephone: US & Canadian Residents: or
Direct Dial:

**By Email:** Help@SegPay.com
**By Chat:** Live Chat

**US Contact Address:**
Segregated Payments Inc, 3111 N. University Dr. Suite 1000, Coral Springs, FL 33065, USA,

**UK Contact Address:**
Segregated Payments Limited, 3 Beechcroft, Compton Street, Compton, Winchester S021 2AS

**Cyprus Contact Address:**
Segregated Payments Limited, Apollonos 26, PO Box 1514, Nicosia Cyprus

**Sales:**
If you would like to find out more about SegPay, please email us at sales, sales@segpay.com. You can also telephone our sales department at .

**Client Support:**
If you're having technical difficulties making your Web site interact with the SegPay payment system, call or email techsupport@segpay.com.

### Question regarding a charge on your credit card statement?

Online Customer Support Tool ›
Live Chat ›
US & Canada: or
Direct Dial:
Email: help@segpay.com
Shop SegPay ›



### SegPay Solutions:
Learn more about our feature rich online global payment processing solutions focused on merchants who wish to expand their services to consumers worldwide.

LEARN MORE ›

### Why SegPay?
Here's why Webmasters and affiliates are turning to SegPay.

LEARN MORE ›

### Press
12-19-2012 SegPay has Record Year: Mobile & Technology Drive Client Revenue

11-07-2012 SegPay Gets Intimate with Mr. Skin

FULL PRESS AREA ›

© 2012 SegPay, Corp. All rights reserved.   Terms & Conditions | Privacy Policy | DMCA

