UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 12-cv-60931-RNS

Fraserside IP LLC, an Iowa Limited Liability Company,

       Plaintiff

vs.

Igor Kovalchuk aka Vince, dba DrTuber.com and
ERA Technologies Ltd. and Extron Worldwide Corporation
and www.drtuber.com and
and DOES 1-10 inclusive and
DOE COMPANIES 1-100 inclusive

       Defendants

---

**SECOND MOTION FOR EXTENSION
TO FILE PLAINTIFF'S OPPOSITION TO
DEFENDANTS' MOTION TO DISMISS**

       Plaintiff, Fraserside IP LLC ("Fraserside"), respectfully moves this Court for a second extension of the deadline to file its opposition to Defendants' Motion to Dismiss (Doc. No. 27). In support of its motion, Fraserside states as follows:

       1.    On January 23, 2012, Defendants filed their Motion to Dismiss in the above-captioned case, based upon an asserted lack of personal jurisdiction. (*See* Doc. No. 27.)

       2.    On February 11, 2013, this Court granted Plaintiff's unopposed motion for a two-day extension of Plaintiff's deadline to file its Memorandum in Opposition to Defendant's Motion to Dismiss.

3. Without an extension, Plaintiff's deadline to provide a Memorandum in Opposition to Defendants' Motion would be February 13, 2013.

4. Since the filing of Defendants' Motion, the parties' have engaged in settlement discussions that are ongoing and which would further benefit from an additional postponement of Plaintiff's deadline to file its Opposition to Defendants' Motion to Dismiss.

5. The Defendants' counsel is optimistic that the parties' settlement discussions will bear fruit by Friday, February 15, 2013, and accordingly has indicated that Defendants are unopposed to a further extension up to and including Friday, February 15, 2013.

6. Plaintiff is also optimistic that settlement discussions will prove fruitful, but would prefer to avoid running back to this honorable Court for a third extension in two days' time should the parties need the weekend to consider offers that are on the table. Plaintiff therefore respectfully requests that this second extension be for a period of seven days – i.e., up to and including Wednesday, February 20, 2013.

7. The granting of this Motion will not prejudice either party.

8. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Plaintiff requests that this Court grant this Motion and extend the time for Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss (Doc. No. 27) up to and including February 20, 2013, and for such other relief as the Court deems appropriate.

**CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1**

The undersigned counsel has conferred with Defendants' counsel, Valentin Gurvits, who has indicated that Defendants are unopposed to a second two-day extension of Plaintiff's deadline to file its Memorandum in Opposition to Defendants' Motion to Dismiss. Defendants

have not, however, consented to a seven-day extension, up to and including February 20, 2013, as Plaintiff has requested from the Court in the instant Motion.

DATED: February 13, 2013

Respectfully submitted,
By:

RANDAZZA LEGAL GROUP
2 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone (888) 667-1113
Facsimile: (305) 397-2772

 *s/Jason A. Fischer*
Marc J. Randazza (625566)
mjr@randazza.com
Jason A. Fisher (68762)
jaf@randazza.com

Chad Belville, Attorney at Law
*Pro Hac Vice*
4742 North 24th Street, Suite 315
Phoenix, AZ 85016

MAILING ADDRESS:
P.O. Box 17879
Phoenix, AZ 85011

Telephone: 602-904-5485
FAX: 602-297-6953
E-mail cbelville@azbar.org

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 11th day of February 2013, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

                                                          *s/Jason A. Fischer*

## SERVICE LIST

By Filing with the Court's CM/ECF System, which provides notice to:

| | | |
|---|---|---|
| c/o Evan Fray-Witzer | c/o Valentin Gurvits | c/o John Francis Bradley |
| Law Office of Fray-Witzer | Boston Law Group, PC | Bradley Legal Group, P.A. |
| 20 Park Plaza, Suite 804 | 825 Beacon Street, Suite 20 | 15 Northeast 13 Avenue |
| Boston, MA 02116 | Newton Centre, MA 02459 | Fort Lauderdale, FL 33301 |
| Tel: 617-723-5630 | Tel: 617-928-1804 | Tel: 954-523-6160 |
| Email: | Email: | Fax: 523-6190 |
| Evan@Fray-Witzer.com | vgurvits@bostonlawgroup.com | Email: jb@musiclawattorney.com |

Attorneys of record for Defendants Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com; ERA Technologies Ltd.; and Extron Worldwide Corporation