UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 12-cv-60931-RNS

Fraserside IP LLC, an Iowa Limited Liability Company,

       Plaintiff

vs.

Igor Kovalchuk aka Vince, dba DrTuber.com and
ERA Technologies Ltd. and Extron Worldwide Corporation
and www.drtuber.com and
and DOES 1-10 inclusive and
DOE COMPANIES 1-100 inclusive

       Defendants

---

**JOINT MOTION FOR
<u>DISMISSAL WITH PREJUDICE</u>**

    Plaintiff, Cybernet Entertainment LLC, and Defendants, Igor Kovalchuk, ERA Technologies Ltd., and Extron Worldwide Corporation, through undersigned counsel, respectfully move this Court for an Order dismissing the above-styled action pursuant to Federal Rule of Civil Procedure 41(a). In support of their motion, Plaintiff and Defendants states as follows:

    1.    On February 18, 2013, the parties to this action entered into a written settlement agreement, which according to its terms has been filed herewith as <u>Exhibit A</u>.

2. Pursuant to the parties' agreement, this Joint Motion is made requesting that the Court enter an Order dismissing Plaintiff's claims asserted in this action against Defendants with prejudice.

3. Each party has agreed to bear its own costs with respect to this action and to release any claims for costs and attorneys' fees incurred in connection with this action.

4. Each party has agreed to waive any right of appeal in this action.

WHEREFORE, Plaintiff and Defendants requests that this Court grant this Joint Motion and dismiss Plaintiff's claims asserted in this action against Defendants with prejudice.

DATED:  February 19, 2013

Respectfully submitted,
By:

| | |
|---|---|
| RANDAZZA LEGAL GROUP<br>2 S. Biscayne Blvd., Suite 2600<br>Miami, FL 33131<br>Telephone (888) 667-1113<br>Facsimile: (305) 397-2772<br><br>  *s/Jason A. Fischer*<br>Marc J. Randazza (625566)<br>mjr@randazza.com<br>Jason A. Fisher (68762)<br>jaf@randazza.com<br><br>  *s/Chad Belville*<br>Chad Belville, Attorney at Law<br>*Pro Hac Vice*<br>4742 North 24th Street, Suite 315<br>Phoenix, AZ 85016<br><br>MAILING ADDRESS:<br>P.O. Box 17879<br>Phoenix, AZ 85011<br><br>Telephone:  602-904-5485<br>FAX:  602-297-6953<br>E-mail cbelville@azbar.org<br><br>ATTORNEYS FOR PLAINTIFF |   /s/Evan Fray-Witzer<br>Evan Fray-Witzer, *pro hac vice*<br>Ciampa Fray-Witzer, LLP<br>20 Park Plaza, Suite 804<br>Boston, MA 02116<br>(617) 723-5630<br>Evan@CFWLegal.com<br><br>  /s/Valentin Gurvits<br>Valentin Gurvits, *pro hac vice*<br>Boston Law Group, PC<br>825 Beacon Street, Suite 20<br>Newton, MA 02459<br>(617) 928-1804<br>vgurvits@bostonlawgroup.com<br><br>  /s/ John Bradley<br>John F. Bradley, Esq.<br>BRADLEY LEGAL GROUP, P.A.<br>15 Northeast 15 Avenue<br>Fort Lauderdale, FL 33301<br>(954) 523-6160<br>jb@bradlegal.com<br>Fl Bar. No. 0779910<br><br>ATTORNEYS FOR DEFENDANTS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 19th day of February 2013, a true and correct copy of the foregoing was served on all counsel or parties of record on the Service List below by the means indicated for each.

  *s/Jason A. Fischer*

## SERVICE LIST

By Filing with the Court's CM/ECF System, which provides notice to:

| | | |
|---|---|---|
| c/o Evan Fray-Witzer<br>Law Office of Fray-Witzer<br>20 Park Plaza, Suite 804 | c/o Valentin Gurvits<br>Boston Law Group, PC<br>825 Beacon Street, Suite 20 | c/o John Francis Bradley<br>Bradley Legal Group, P.A.<br>15 Northeast 13 Avenue |

| | | |
|---|---|---|
| Boston, MA 02116 | Newton Centre, MA 02459 | Fort Lauderdale, FL 33301 |
| Tel: 617-723-5630 | Tel: 617-928-1804 | Tel: 954-523-6160 |
| Email: | Email: | Fax: 523-6190 |
| Evan@Fray-Witzer.com | vgurvits@bostonlawgroup.com | Email: jb@musiclawattorney.com |

Attorneys of record for Defendants Igor Kovalchuk a/k/a "Vince," d/b/a DrTuber.com; ERA Technologies Ltd.; and Extron Worldwide Corporation