UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60931-Civ-SCOLA

Fraserside IP LLC,

    Plaintiff,
vs.

Igor Kovalchuk a/k/a "Vince," d/b/a/ DrTuber.com,
ERA Technologies Ltd.,
Extron Worldwide Corporation, and
John Does 1-100,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **dismissed with prejudice** by the parties in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (DE 34.) The Clerk is directed to **CLOSE** this matter. All pending motions are denied as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, on February 20, 2013.

                                          _____
                                          ROBERT N. SCOLA, JR.
                                          UNITED STATES DISTRICT JUDGE

Copies to:
*Counsel of record*